UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| DECKERS OUTDOOR CORPORATION, Plaintiff, vs. ROMEO & JULIETTE, INC.; THOMAS ROMEO; and DOES 1-10, inclusive, Defendants. | Case No. 2:15-cv-02812-ODW (CWx) **ORDER TO SHOW CAUSE RE: CONTINUING CLAIM CONSTRUCTION BRIEFING AND HEARING** |
|---|---|

Due to the Court's case load and scheduling conflicts, the Court intends to continue the claim construction hearing, the trial date, and all pretrial deadlines as follows:

|  | **Current Date:** | **Proposed Date:** |
|---|---|---|
| Invalidity Contentions and Document Production | December 21, 2015 | SAME |
| Simultaneous Exchange of Proposed Terms for Construction | January 4, 2016 | SAME |
| Last Day to Amend Pleadings or Add Parties | January 18, 2016 | SAME |
| Simultaneous Exchange of Preliminary Claim Constructions and Extrinsic Evidence | January 25, 2016 | SAME |

| | | | |
|---|---|---|---|
| Joint Claim Construction and Prehearing Statement | February 15, 2016 | SAME |
| Completion of Claim Construction Discovery | March 14, 2016 | SAME |
| Claim Construction Opening Brief | March 28, 2016 | August 22, 2016 |
| Claim Construction Responsive Brief | April 11, 2016 | September 6, 2016 |
| Claim Construction Reply Brief | April 25, 2016 | September 19, 2016 |
| Claim Construction Hearing | May 13, 2016 | October 7, 2016 at 10:00 a.m. |
| Advice of Counsel | 28 Days from Claim Construction Order | 28 Days from Claim Construction Order |
| Exchange of Opening Expert Witness Reports by Party With Burden of Proof | May 16, 2016 | October 21, 2016 |
| Exchange of Rebuttal Expert Witness Reports | June 6, 2016 | November 10, 2016 |
| Discovery Cut-Off | July 11, 2016 | December 5, 2016 |
| Last Day to File Dispositive Motions | July 25, 2016 | December 19, 2016 |
| Last Day to Conduct Settlement Conference | August 15, 2016 | January 13, 2017 |
| Last Day for Hearing Motions | August 22, 2016 | January 23, 2017 |
| Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br><br>File Trial briefs<br><br>File Contentions of Fact & Law<br><br>Exhibit & Witness Lists<br><br>File Status Report Regarding Settlement<br><br>File Agreed Upon Set of Instructions & Verdict Forms<br><br>File Joint Statement Regarding Disputed | September 15, 2016 | February 21, 2017 |

| | | |
|---|---|---|
| Instructions, Verdicts, Final Pretrial Conference Motions in Limine to be Filed Proposed Voir Dire Questions & Agreed-to Statement of Case | September 19, 2016 | February 27, 2017 at 1:30 p.m. |
| Hearing on Motions in Limine | September 26, 2016 | March 13, 2017 |
| File Final Trial Exhibit Stipulation | October 6, 2016 | March 16, 2017 |
| Trial | October 11, 2016 | March 21, 2017 at 9:00 a.m. |

If any party objects to this continuance, they must **SHOW CAUSE**, in writing **by March 7, 2016**, why the foregoing dates should not be continued as stated above.  The Court will issue a further order thereafter.

**IT IS SO ORDERED.**

February 23, 2016

_____
                      **OTIS D. WRIGHT, II**