# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| DECKER OUTDOOR CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>ROMEO & JULIETTE, INC., *et al*,.<br><br>        Defendants. | CV 15-02812 TJH (PLAx)<br><br>Judgment<br><br>JS-6 |

The claims and defenses having been tried or resolved by summary judgment, the Court, now, issues judgment as follows:

It is Ordered, Adjudged and Decreed that Judgment be, and hereby is, Entered in favor of Defendants Romeo & Juliette, Inc. and Thomas Romeo, and against Plaintiff Deckers Outdoor Corporation on Plaintiff's claim for infringement of Design Patent Number D582,650.

It is further Ordered, Adjudged and Decreed that Judgment be, and hereby is, Entered in favor of Plaintiff Deckers Outdoor Corporation and against Defendants

Romeo & Juliette, Inc. and Thomas Romeo, jointly and severally, in the amount of $5,250,838.00 on Plaintiff's claims for infringement of Design Patent Numbers D599,999 and D616,189.

Date: August 10, 2018

_____
Terry J. Hatter, Jr.
Senior United States District Judge